UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICKY DOUGLAS HAYNES, JR.,

    Petitioner,

v.                                      CASE NO. 6:09-cv-1157-Orl-28GJK
                                              (6:07-cr-54-Orl-28GJK &
                                              6:07-cr-73-Orl-28KRS)

UNITED STATES OF AMERICA,

    Respondent.
_____

## ORDER

This case is before the Court on Petitioner's Motion for Reconsideration (Doc. No. 32). Petitioner seeks reconsideration of this Court's January 20, 2011 Order granting in part and denying in part his motion to vacate, set aside, or correct sentence (Doc. No. 27). Upon review, the Court concludes that Petitioner has failed to demonstrate sufficient grounds warranting reconsideration of the Court's prior order. Therefore, it is **ORDERED** that Petitioner's motion for reconsideration (Doc. No. 32) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida this ___ day of March, 2012.

                                                JOHN ANTOON II
                                                UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-3 3/8
Ricky Douglas Haynes, Jr.
Counsel of Record